| | |
|---|---|
| 1 | PHILIP M. MILLER (SBN 87877)<br>pmiller@sjlawcorp.com |
| 2 | ANNE M. BEVINGTON (SBN 111320)<br>abevington@sjlawcorp.com |
| 3 | KIMBERLY A. HANCOCK (SBN 205567)<br>khancock@sjlawcorp.com |
| 4 | SALTZMAN & JOHNSON LAW CORPORATION<br>44 Montgomery Street, Suite 2110 |
| 5 | San Francisco, CA 94104<br>(415) 882-7900 |
| 6 | (415) 882-9287 – Facsimile<br>Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, Trustee, STEPHEN J. MACK, Trustee, DON CROSATTO, Trustee, MARK HOLLIBUSH, Trustee, JON ROSELLE, Trustee, DOUGLAS CORNFORD, Trustee, JAMES V. CANTERBURY, Trustee, and JOSE SANTANA, Trustee<br><br>         Plaintiffs,<br>v.<br><br>TRAILCO EQUIPMENT CORPORATION, a California corporation, JERRY E. BEALL, an Individual; JAMES E. BEALL, an Individual; and DOES 1-20,<br>         Defendants. | Case No.: CV 13-5688 MMC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS JERRY E. BEALL AND JAMES E. BEALL; [~~PROPOSED~~] ORDER** |

**STIPULATION**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action stipulate and agree, through their respective counsel, that pursuant to a Settlement Agreement between the parties, this Court dismiss this action as to Defendants Jerry E. Beall and James E. Beall, with all parties to bear their own costs and attorneys' fees.

-1-
STIPULATION FOR DISMISSAL WITH PREJUDICE
AS TO DEFTS. JERRY E. BEALL AND JAMES E. BEALL;
[PROPOSED] ORDER; Case No. CV 13-5688 MME

P:\CLIENTS\AUTPF\W\CASES\Trailco Equipment\PLEADINGS\Settlement\Voluntary Dismissal\FINAL 10-10-14 DOCS-#145367-v1-Stipulation_for_Dismissal.doc

| | | |
|---|---|---|
| Dated: October 10, 2014. | | SALTZMAN & JOHNSON LAW CORPORATION |
| | | By: /S/ Anne M. Bevington_____ <br> Anne M. Bevington <br> Attorneys for Plaintiffs |
| Dated: October 10, 2014. | | TRUCKER ✦ HUSS |
| | | By: /S/ Michelle S. Lewis_____ <br> Robert F. Schwartz <br> Michelle S. Lewis <br> Attorneys for Defendants |

CERTIFICATION RE: SIGNATURES

I attest that concurrence in the filing of this document has been obtained from the other Signatory.

Dated:  October 10, 2014            /S/ Anne M. Bevington_____
                                    ANNE M. BEVINGTON

**ORDER**

Pursuant to the parties' Stipulation and good cause appearing:

IT IS HEREBY ORDERED that this matter is dismissed with prejudice as to defendants JERRY E. BEALL and JAMES E. BEALL, the parties to bear their own costs and attorneys' fees.

Date: October 14, 2014            _____
                                  HON. MAXINE M. CHESNEY
                                  JUDGE OF THE UNITED STATES DISTRICT COURT

-2-
STIPULATION FOR DISMISSAL WITH PREJUDICE
AS TO DEFTS. JERRY E. BEALL AND JAMES E. BEALL;
[PROPOSED] ORDER; Case No. CV 13-5688 MME

P:\CLIENTS\AUTPF\W\CASES\Trailco Equipment\PLEADINGS\Settlement\Voluntary Dismissal\FINAL 10-10-14 DOCS-#145367-v1-Stipulation_for_Dismissal.doc